the Sixth Circuit denied. *Messrs. W. T. Kinder* and *Clan Crawford* for petitioners. *Messrs. Newton D. Baker* and *Howard F. Burns* for respondents.

No. 841. BROOKLYN ASH REMOVAL CO., INC. *v.* UNITED STATES. May 20, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frank L. Warfield* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 846. HOGAN, EXECUTRIX *v.* UNITED STATES ET AL. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Harold C. Faulkner* for petitioner. *Solicitor General Reed, Assistant Attorney General Blair,* and *Messrs. Aubrey Lawrence* and *Elvon Musick* for respondents.

No. 853. UNITED STATES *v.* GREAT NORTHERN RAILWAY CO. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Reed* for the United States. *Mr. Thomas Balmer* for respondent.

No. 860. HILLSIDE LAND CO. ET AL. *v.* TOWNSHIP OF NORTH BERGEN. May 20, 1935. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. Dougal Herr* for petitioners. *Mr. Cyral J. McCauley* for respondent.